■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARC PAYEN, Appellant. [992 NYS2d 416]—

Judgment, Supreme Court, New York County (Thomas Farber, J.), rendered July 18, 2011, as amended August 2, 2011, convicting defendant, after a jury trial, of scheme to defraud in the first degree, grand larceny in the third degree, grand larceny in the fourth degree (two counts), forgery in the second degree (two counts), and criminal possession of a forged instrument in the second degree (three counts), and sentencing him, as a second felony offender, to an aggregate term of 5 to 10 years, with restitution in the amount of $17,179.05, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. The evidence amply demonstrated that defendant obtained money in exchange for fraudulent immigration services, and that he forged documents. Concur—Mazzarelli, J.P., Renwick, Andrias, Richter and Feinman, JJ.